UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHILLIP NICHOLS

VERSUS                                         CIVIL ACTION NO. 08-118-JJB-CN

RODNEY WALKER, ET. AL

## JUDGMENT OF DISMISSAL

**Considering the foregoing Motion:**

**IT IS ORDERED** that there be a judgment of dismissal in this matter, dismissing any and all claims by Petitioner, Phillip Nichols, against the defendant Rodney Walker and the City of Denham Springs, with prejudice.

Baton Rouge, Louisiana this 26th day of MARCH, 2009.

_____
HON. JAMES J. BRADY
UNITED STATES DISTRICT JUDGE.